The Union Consolidated Mining Company of Tennessee, Appellant, v. Julius E. Raht et al., Respondents.

(Argued February 13, 1877; decided February 20, 1877.)

Reported below, 9 Hun, 208.

*Simon Sterne* for the appellant.

*William Man* for the respondents.

Agree to dismiss appeal. No opinion.
All concur.
Appeal dismissed.

----

Helen L. Grinnell, Appellant, v. Frederick S. Kirkland et al., Respondents.

(Argued February 16, 1877; decided February 23, 1877.)

*A. P. Whitehead* for the appellant.

*Geo. C. Genet* for the respondent.

Agree to affirm. No opinion.
All concur, except Andrews, J., not voting; Rapallo, J., absent.
Judgment affirmed.

----

Cornelia M. Stewart et al., Executors, etc., Appellants, v. George W. Beale et al., Respondents.

(Argued December 20, 1876; decided March 20, 1877.)

Reported below, 7 Hun, 405.

*Francis Kernan* for the appellants.

*R. E. Andrews* for the respondents.

Agree to affirm. No opinion.
All concur, except Allen, J., who writes dissenting opinion, and Rapallo, J., who concurs therewith.
Judgment affirmed.